

| | |
|---|---|
| 1 | Mariam S. Marshall, Esq. |
| | (Bar No. 157242) |
| 2 | Zunilda Ramos, Esq. |
| | (Bar No. 161114) |
| 3 | MARSHALL & RAMOS, LLP |
| | ATTORNEYS AT LAW |
| 4 | The Westlake Building |
| | 350 Frank H. Ogawa Plaza, Suite 603 |
| 5 | Oakland, California 94612 |
| | Telephone: (510) 835-8359 |
| 6 | Facsimile: (510) 835-8259 |
| | mmarshall@marshallramoslaw.com |

The following constitutes the order of the court.
Signed June 19, 2014

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

Attorneys for Trustee,
FRED HJELMESET

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

RICARDO GONZALES CRUZ and
IMELDA SULIT CRUZ,

        Debtors.
_____/

Case No. 11-46454

Chapter 7

Date: May 7, 2014
Time: 10:30 a.m.
Place: U.S. Bankruptcy Court
       1300 Clay St., Ct. Rm. 220
       Oakland, CA 94612
Judge: Hon. William J. Lafferty, III

**ORDER GRANTING TRUSTEE'S MOTION
TO COMPEL TURNOVER OF PERSONAL PROPERTY OF THE ESTATE**

    The Motion of FRED HJELMESET, the duly appointed Chapter 7 Trustee for the bankruptcy estate of Ricardo Gonzales Cruz and Imelda Sulit Cruz (the "Trustee"), to Compel Turnover of Personal Property of the Estate (the "Motion"), came on for hearing before the undersigned at the above stated date, time and place, appearances having been made on the record, the Court having considered the Trustee's Motion and the opposition filed by the debtors Ricardo Gonzales Cruz and Imelda Sulit Cruz (the "Debtors"), for the reasons stated on the record, and good cause appearing,

    **IT IS HEREBY ORDERED** that:

    1.    The Motion is hereby granted in its entirety as to the Debtors and Citibank Retirement Plan Services and Citibank N.A. (collectively "Citibank");

2. The Motion is withdrawn as to JP Morgan Chase Bank N.A., and Bank of America N.A.;

3. Citibank is authorized to hold the funds in the Citibank Retirement Plan Services IRA account ending in 8403 (the "IRA Account") in trust, and the Debtors are prohibited from dissipating the funds in the IRA Account, pending further order of this Court;

4. The Debtors shall provide the Trustee's counsel with current open bank account statements and list of assets currently on hand with the Debtors with an unencumbered value of $12,000 (hereinafter referred to as the "Current Assets"), excluding the Citibank IRA Account; and

5. Trustee's enforcement of this turnover order is stayed pending further order of this Court provided that: (A) Debtors turnover evidence to the Trustee's counsel of the Debtors' Current Assets; and (B) do not dissipate, transfer, or hide the Current Assets, excluding the Debtors ordinary and necessary living expenses.

Certificate of service for proposed order filed as docket entry #84.

**END OF ORDER**

COURT SERVICE LIST

| | | |
|---|---|---|
| 1 | J.C. Armstrong, Esq.<br>Senior Counsel | Counsel for Citibank |
| 2 | Citi Litigation Service Center<br>300 St. Paul Place, 15th Fl. | |
| 3 | Baltimore, MD 21202 | |
| 4 | | |
| 5 | JP Morgan Chase Bank N.A.<br>Legal Department | JP Morgan Bank N.A. |
| 6 | 9200 Oakdale Ave.<br>Mail Code CA2-4383 | |
| 7 | Chatsworth, CA 91311<br>Attn: Marnie A. Capaldo | |

ORDER GRANTING TRUSTEE'S MOTION TO COMPEL TURNOVER OF PERSONAL PROPERTY