**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re: CRUZ, RICARDO GONZALES § Case No. 11-46454 | |
| CRUZ, IMELDA SULIT § | |
| § | |
| Debtor(s) § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 15, 2011. The undersigned trustee was appointed on June 15, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         29,927.26

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 66.03 |
   | Bank service fees | 1,383.18 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 28,478.05 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/09/2011 and the deadline for filing governmental claims was 12/12/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,742.73. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,742.73, for a total compensation of $3,742.73.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $4.41, for total expenses of $4.41.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/13/2015     By: /s/Fred S. Hjelmeset
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |  | |
|---|---|---|---|
| **Case Number:** | 11-46454 | **Trustee:** (001090) Fred S. Hjelmeset |
| **Case Name:** | CRUZ, RICARDO GONZALES | **Filed (f) or Converted (c):** 06/15/11 (f) |
| | CRUZ, IMELDA SULIT | **§341(a) Meeting Date:** 07/15/11 |
| **Period Ending:** 08/13/15 | | **Claims Bar Date:** 12/09/11 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Rental property 5 Santa Ana Ave., Daly City | 427,420.00 | 0.00 | | 0.00 | FA |
| 2 | Rental property 2361 Redwood Rd., Hercules | 319,410.00 | 0.00 | | 0.00 | FA |
| 3 | PRIMARY RESIDENCE 3188 Bellerive Ln, Dublin | 1,114,120.00 | 0.00 | | 0.00 | FA |
| 4 | Cash on hand<br>   Debtors turned over funds withdrawn from US Bank accounts on petition date | 100.00 | 1,900.00 | | 2,600.00 | FA |
| 5 | US Bank Checking Acct # 1994 | 1,809.40 | 0.00 | | 0.00 | FA |
| 6 | US Bank Savings Acct #9188 | 2,437.68 | 0.00 | | 0.00 | FA |
| 7 | US Bank Checking Acct # 8909<br>   Identified as acct no. 8908 on amended schedule B, Doc#67, and second smended schedule C, Doc#95 | 1,681.18 | 0.00 | | 0.00 | FA |
| 8 | Citi Bank Checking Acct # 0451<br>   Amended schedule B, Doc#67, second amended schedule C, Doc#95; originally listed as $3,024.31; Debtors turned over nonexempt equity | 5,798.03 | 1,975.69 | | 2,773.72 | FA |
| 9 | Chase Checking Acct # 3165<br>   Amended schedule B, Doc#67; originally listed as $1,003.97; Debtors turned over nonexempt amount | 1,203.97 | 196.03 | | 200.00 | FA |
| 10 | Chase CHecking Acct # 2282<br>   Amended schedule B, Doc#67, second amended schedule C, Doc#95; originally listed as $9.99; Debtors turned over nonexempt amount | 21.70 | 10.01 | | 11.71 | FA |
| 11 | Chase Savings Acct # 7026 | 353.64 | 0.00 | | 0.00 | FA |
| 12 | Bank of America Checking Acct # 1677 | 1,000.46 | 0.00 | | 0.00 | FA |
| 13 | Bank of America Checking Acct # 2986 | 25.00 | 0.00 | | 0.00 | FA |
| 14 | Wells Fargo Checking Acct # 8058 | 587.76 | 0.00 | | 0.00 | FA |
| 15 | Wells Fargo Checking Acct # 8258 | 100.00 | 0.00 | | 0.00 | FA |
| 16 | Wells Fargo Savings Acct # 2660 | 100.42 | 0.00 | | 0.00 | FA |
| 17 | Wells Fargo Checking Acct # 2429 | 175.28 | 0.00 | | 0.00 | FA |
| 18 | Wells Fargo Savings Acct # 0596 | 325.07 | 0.00 | | 0.00 | FA |
| 19 | Wells Fargo Savings Acct # 1818 | 0.01 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 11-46454 | Trustee: | (001090) Fred S. Hjelmeset |
|---|---|---|---|
| Case Name: | CRUZ, RICARDO GONZALES | Filed (f) or Converted (c): | 06/15/11 (f) |
| | CRUZ, IMELDA SULIT | §341(a) Meeting Date: | 07/15/11 |
| Period Ending: | 08/13/15 | Claims Bar Date: | 12/09/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20  Household Goods and Furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 21  Books, Pictures, DVD's and CD's | 15.00 | 0.00 | | 0.00 | FA |
| 22  Wearing Apparel | 350.00 | 0.00 | | 0.00 | FA |
| 23  Wedding Rings, Rings, Watches, Earrings, Necklac | 1,425.00 | 0.00 | | 0.00 | FA |
| 24  Term Life Insurance AIG | 0.00 | 0.00 | | 0.00 | FA |
| 25  Prudential IRA<br>    Amended schedule B, Doc#67, second amended schedule C, Doc#95;  originally listed at $10,048.12 | 10,143.73 | 0.00 | | 0.00 | FA |
| 26  Fidelity IRA<br>    Amended schedule B, Doc#67, second amended schedule C, Doc#95; originally listed as $11,037.86 | 17,006.15 | 0.00 | | 0.00 | FA |
| 27  Managers Investment Group | 1,342.79 | 0.00 | | 0.00 | FA |
| 28  Bechtel 401K | 661,916.55 | 0.00 | | 0.00 | FA |
| 29  Aker Solutions 401K | 26,756.38 | 0.00 | | 0.00 | FA |
| 30  Employer 401K NOT PROPERTY OF THE ESTATE<br>    Amended schedule B, Doc#67, second amended schedule C, Doc#95; originally listed as $54,000.00 | 54,477.13 | 0.00 | | 0.00 | FA |
| 31  2010 Honda Civic EX Mileage: 29,659 Good Conditi<br>    Second amended schedule C, Doc#95; Order approving sale, Doc#87; Report of Sale, Doc#91 | 19,240.00 | 5,633.16 | | 3,900.00 | FA |
| 32  1985 Toyota Cressida Mileage: 200,000 Fair Condi<br>    Order approving sale, Doc#87; Report of Sale, Doc#91 | 800.00 | 800.00 | | 800.00 | FA |
| 33  1992 Lexus ES-300 Mileage: 170,000 Fair Conditio<br>    Order approving sale, Doc#87; Report of Sale, Doc#91 | 1,300.00 | 1,300.00 | | 1,300.00 | FA |
| 34  Citibank savings #0469  (u)<br>    Amended schedule B, Doc#67; not originally listed; Debtors turned over nondisclosed funds | 1,831.13 | 1,831.13 | | 1,831.13 | FA |
| 35  Wells Fargo IRA acct 4014  (u)<br>    Amended schedule B, Doc#67, second amended schedule C, Doc#95; originally not disclosed | 6,110.59 | 0.00 | | 7,792.56 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-46454  
**Case Name:**   CRUZ, RICARDO GONZALES  
   CRUZ, IMELDA SULIT  
**Period Ending:** 08/13/15

**Trustee:**   (001090)   Fred S. Hjelmeset  
**Filed (f) or Converted (c):** 06/15/11 (f)  
**§341(a) Meeting Date:** 07/15/11  
**Claims Bar Date:** 12/09/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 36 | Citibank IRA acct 8400 (u)  Amended schedule B, Doc#67, second amended schedule C, Doc#95; originally not disclosed | 1,000.00 | 0.00 | | 0.00 | FA |
| 37 | Bank of America CD acct 4225 (u)  Investigated; account was closed on petition date and funds used to pay mortgage lender; first disclosed in Amended schedule B, Doc#67 | 5,080.92 | 5,087.98 | | 0.00 | FA |
| 38 | Citibank IRA money mkt acct 8403 (u)  Amended schedule B, Doc#67; originally not disclosed; Order for turnover, Doc# 87 | 6,000.00 | 6,000.00 | | 8,717.94 | FA |
| 39 | Fidelity Investments IRA acc. no. 2BQ - 271101 (u)  Amended Schedule B, Doc#67, second amended schedule C, Doc#95; originally not disclosed | 24,592.70 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.20 | Unknown |
| 40 | **Assets   Totals** (Excluding unknown values) | **$2,718,057.67** | **$24,734.00** | | **$29,927.26** | **$0.00** |

**Major Activities Affecting Case Closing:**

   07/30/11 Investigate assets, accounts, cars  
   09/16/11 Collect nonexempt and nondisclosed funds and liquidate cars  
   11/21/11 Collect payments for cars through November 2012  
   05/28/13 Debtors to pay rest of nonexempt funds in accounts  
   03/21/14 Debtors to pay remaining $20k  
   01/16/15 Debtors to amend schedules per compromise agreement  
   04/27/15 File tax returns  

   07/30/11 Email to D atty requesting turnover of nonexempt funds, account statements  
   08/03/11 Contact with D atty re 2010 Honda  
   08/08/11 Contact with D atty re turnover of funds, issues re Honda  
   08/27/11 Email to D atty requesting response re Honda  
   09/19/11 Demand letters to D atty and bank  
   01/05/12 Order re discharge waived, Doc#51  
   05/27/13 Contact with DA re case issues  
   05/01/14 Substitution of D attorney  
   11/05/14 Debtors not filed amended C

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 11-46454 | **Trustee:** | (001090) Fred S. Hjelmeset |
| **Case Name:** CRUZ, RICARDO GONZALES | **Filed (f) or Converted (c):** | 06/15/11 (f) |
| CRUZ, IMELDA SULIT | **§341(a) Meeting Date:** | 07/15/11 |
| **Period Ending:** 08/13/15 | **Claims Bar Date:** | 12/09/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 15, 2012     **Current Projected Date Of Final Report (TFR):** October 15, 2015

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 11-46454 | | Trustee: | Fred S. Hjelmeset (001090) |
|---|---|---|---|---|
| Case Name: | CRUZ, RICARDO GONZALES | | Bank Name: | The Bank of New York Mellon |
| | CRUZ, IMELDA SULIT | | Account: | \*\*\*\*-\*\*\*\*\*\*01-65 - Checking Account |
| Taxpayer ID #: | \*\*-\*\*\*5631 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/13/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/28/11 | | Ricardo Cruz | Partial return of nondisclosed and nonexempt funds in bank accounts | | | 8,206.68 | | 8,206.68 |
| | {8} | | Return of nonexempt funds | 2,773.72 | 1129-000 | | | 8,206.68 |
| | {34} | | Return of nondisclosed funds | 1,831.13 | 1229-000 | | | 8,206.68 |
| | {9} | | Return of nonexempt funds | 200.00 | 1129-000 | | | 8,206.68 |
| | {10} | | Return of nonexempt funds | 11.71 | 1129-000 | | | 8,206.68 |
| | {4} | | Return of nonexempt funds | 1,000.00 | 1129-000 | | | 8,206.68 |
| | {4} | | Return of nonexempt funds | 1,600.00 | 1129-000 | | | 8,206.68 |
| | {38} | | Partial return of nondisclosed funds | 790.12 | 1229-000 | | | 8,206.68 |
| 11/21/11 | {32} | Ricardo Cruz | First of 12 payments for cars | | 1129-000 | 500.00 | | 8,706.68 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 8,706.74 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 8,681.74 |
| 12/13/11 | | RG & IS Cruz | Second payment on cars | | | 500.00 | | 9,181.74 |
| | {32} | | Toyota | 300.00 | 1129-000 | | | 9,181.74 |
| | {33} | | Lexus | 200.00 | 1129-000 | | | 9,181.74 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.07 | | 9,181.81 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 9,156.81 |
| 01/25/12 | {33} | Ricardo Cruz | Monthly settlement payment re cars | | 1129-000 | 500.00 | | 9,656.81 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.07 | | 9,656.88 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 9,631.88 |
| 02/16/12 | {33} | RG & IS Cruz | Settlement payment re cars | | 1129-000 | 500.00 | | 10,131.88 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 10,106.88 |
| 03/08/12 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2012 FOR CASE #11-46454, Bond#016048574 for 01-01-12 to 01-01-13 | | 2300-000 | | 9.52 | 10,097.36 |
| 03/08/12 | 1002 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2012 FOR CASE #11-46454, Bond# 016048574 for term 01-01-12 to 01-01-13 Voided on 03/09/12 | | 2300-000 | | ! 9.52 | 10,087.84 |

Subtotals :    $10,206.88    $119.04

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 11-46454 | | Trustee: | Fred S. Hjelmeset (001090) |
|---|---|---|---|---|
| Case Name: | CRUZ, RICARDO GONZALES | | Bank Name: | The Bank of New York Mellon |
| | CRUZ, IMELDA SULIT | | Account: | ****-******01-65 - Checking Account |
| Taxpayer ID #: | **-***5631 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/13/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/09/12 | 1002 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2012 FOR CASE #11-46454, Bond# 016048574 for term 01-01-12 to 01-01-13 Voided: check issued on 03/08/12 | 2300-000 | | ! -9.52 | 10,097.36 |
| 03/22/12 | | RG & IS Cruz | Settlement installment re cars | | 500.00 | | 10,597.36 |
| | {33} | | Car settlement 100.00 | 1129-000 | | | 10,597.36 |
| | {31} | | Car settlement 400.00 | 1129-000 | | | 10,597.36 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,572.36 |
| 04/18/12 | {31} | RG & IS Cruz | Installment for car | 1129-000 | 500.00 | | 11,072.36 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,047.36 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,022.36 |
| 06/04/12 | {31} | RG&IS Cruz | Settlement payment cars | 1129-000 | 500.00 | | 11,522.36 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,497.36 |
| 07/16/12 | {31} | RG&IS Cruz | Settlement payment | 1129-000 | 500.00 | | 11,997.36 |
| 07/30/12 | {31} | RG & IS Cruz | Settlement payment | 1129-000 | 500.00 | | 12,497.36 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.60 | 12,471.76 |
| 08/31/12 | {31} | RG&IS Cruz | Settlement payment | 1129-000 | 500.00 | | 12,971.76 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.40 | 12,945.36 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,920.36 |
| 10/05/12 | {31} | RG & IS Cruz | Settlement payment | 1129-000 | 500.00 | | 13,420.36 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.87 | 13,390.49 |
| 11/14/12 | {31} | RG & IS Cruz | Settlement payment | 1129-000 | 500.00 | | 13,890.49 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.95 | 13,862.54 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001000109088 20121220 | 9999-000 | | 13,862.54 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,206.88 | 14,206.88 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 13,862.54 | |
| | | | **Subtotal** | | 14,206.88 | 344.34 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $14,206.88 | $344.34 | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 11-46454  
**Case Name:** CRUZ, RICARDO GONZALES  
CRUZ, IMELDA SULIT  
**Taxpayer ID #:** **-***5631  
**Period Ending:** 08/13/15  

**Trustee:** Fred S. Hjelmeset (001090)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 13,862.54 | | 13,862.54 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.55 | 13,843.99 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.89 | 13,822.10 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.55 | 13,803.55 |
| 03/06/13 | 11003 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2013 FOR CASE #11-46454, Bond # 016048574 - Term 1/1/13 to 1/1/14 | 2300-000 | | 13.66 | 13,789.89 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.17 | 13,770.72 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.12 | 13,749.60 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.43 | 13,729.17 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.42 | 13,710.75 |
| 07/03/13 | {35} | RG & IS Cruz | Partial turnover of nondisclosed funds | 1229-000 | 7,792.56 | | 21,503.31 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.28 | 21,473.03 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.88 | 21,442.15 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.81 | 21,412.34 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.88 | 21,378.46 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.69 | 21,349.77 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.78 | 21,315.99 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.67 | 21,284.32 |
| 02/11/14 | 11004 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2014 FOR CASE #11-46454, Bond #016048574 - Term 1/1/14-1/1/15 | 2300-000 | | 21.95 | 21,262.37 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.56 | 21,233.81 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.52 | 21,204.29 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.53 | 21,171.76 |
| 05/30/14 | {38} | RG & IS Cruz | Check from Debtors | 1229-000 | 1,876.14 | | 23,047.90 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.45 | 23,017.45 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.73 | 22,985.72 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.36 | 22,949.36 |
| 08/01/14 | {38} | Imelda Cruz | Settlement payment | 1229-000 | 6,051.68 | | 29,001.04 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.16 | 28,961.88 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.43 | 28,917.45 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.97 | 28,874.48 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.37 | 28,837.11 |

Subtotals: $29,582.92 $745.81

{} Asset reference(s)     Printed: 08/13/2015 11:47 AM    V.13.23

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-46454 | **Trustee:** Fred S. Hjelmeset (001090) |
| **Case Name:** CRUZ, RICARDO GONZALES | **Bank Name:** Rabobank, N.A. |
| CRUZ, IMELDA SULIT | **Account:** ******1966 - Checking Account |
| **Taxpayer ID #:** **-***5631 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 08/13/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.01 | 28,790.10 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.40 | 28,748.70 |
| 02/13/15 | 11005 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2015 FOR CASE #11-46454, Bond # 016048574 Term 01/01/15 to 01/01/16 | 2300-000 | | 29.74 | 28,718.96 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.58 | 28,680.38 |
| 03/18/15 | | International Sureties, Ltd. | Bond premium refund | 2300-000 | | -8.84 | 28,689.22 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.00 | 28,645.22 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.20 | 28,604.02 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.77 | 28,564.25 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.82 | 28,520.43 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.38 | 28,478.05 |
| | | | **ACCOUNT TOTALS** | | 29,582.92 | 1,104.87 | $28,478.05 |
| | | | Less: Bank Transfers | | 13,862.54 | 0.00 | |
| | | | **Subtotal** | | 15,720.38 | 1,104.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $15,720.38 | $1,104.87 | |

| | |
|---|---|
| Net Receipts : | 29,927.26 |
| Net Estate : | $29,927.26 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******01-65 | 14,206.88 | 344.34 | 0.00 |
| Checking # ******1966 | 15,720.38 | 1,104.87 | 28,478.05 |
| | $29,927.26 | $1,449.21 | $28,478.05 |

{} Asset reference(s)  Printed: 08/13/2015 9:47 AM  V.13.23

## Case: 11-46454    CRUZ, RICARDO GONZALES

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 5 | 10/04/11 | 100 | Real Time Resolutions, Inc.<br>1750 Regal Row Suite 120<br>PO Box 36655<br>Dallas, TX 75235<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)><br>Claim secured in real property not administered by the estate | 1,135,035.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Priority 100:   0% Paid** | | | | | |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 06/15/11 | 200 | The Bank of New York Mellon<br><2600-00  Bank and Technology Services Fees> | 334.82 | 334.82 | 334.82 | 0.00 | 0.00 |
| | 06/15/11 | 200 | International Sureties, Ltd.<br>701 Poydras St., Suite 420<br>New Orleans, LA 70139<br><2300-00  Bond Payments> | 66.03 | 66.03 | 66.03 | 0.00 | 0.00 |
| | 06/15/11 | 200 | Rabobank, N.A.<br><2600-00  Bank and Technology Services Fees> | 1,048.36 | 1,048.36 | 1,048.36 | 0.00 | 0.00 |
| | 08/11/15 | 200 | Marshall & Ramos, LLP<br>350 Frank H. Ogawa Plaza, Suite 603<br>Oakland, CA 94612<br><3210-00  Attorney for Trustee Fees (Other Firm)><br>Application for Compensation, Doc#98, filed 8/11/15, fees voluntarily reduced by $3,207.00 | 15,000.00 | 15,000.00 | 0.00 | 15,000.00 | 15,000.00 |
| | 08/11/15 | 200 | Marshall & Ramos, LLP<br>350 Frank H. Ogawa Plaza, Suite 603<br>Oakland, CA 94612<br><3220-00  Attorney for Trustee Expenses (Other Firm)><br>Application for Compensation, Doc#98, filed 8/11/15 | 465.93 | 465.93 | 0.00 | 465.93 | 465.93 |
| | 06/02/15 | 200 | Kokjer Pierotti Maiocco & Duck LLP<br>333 Pine Street, Fifth Floor<br>San Francisco, CA 94104<br><3410-00  Accountant for Trustee Fees (Other Firm)><br>Application for Compensation, Doc#96 | 1,702.00 | 1,702.00 | 0.00 | 1,702.00 | 1,702.00 |
| | 06/02/15 | 200 | Kokjer Pierotti Maiocco & Duck LLP<br>333 Pine Street, Fifth Floor<br>San Francisco, CA 94104<br><3420-00  Accountant for Trustee Expenses (Other Firm)><br>Application for Compensation, Doc#96 | 189.19 | 189.19 | 0.00 | 189.19 | 189.19 |
| | 06/15/11 | 200 | Fred S. Hjelmeset<br>P.O. Box 4188<br>Mountain View, CA 94040<br><2100-00  Trustee Compensation> | 3,742.73 | 3,742.73 | 0.00 | 3,742.73 | 3,742.73 |

**Case: 11-46454    CRUZ, RICARDO GONZALES**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | 06/15/11 | 200 | Fred S. Hjelmeset<br>P.O. Box 4188<br>Mountain View, CA 94040<br><2200-00   Trustee Expenses> | 4.41 | 4.41 | 0.00 | 4.41 | 4.41 |
| | | | **Total for Priority 200:    100% Paid** | $22,553.47 | $22,553.47 | $1,449.21 | $21,104.26 | $21,104.26 |
| | | | **Total for Admin Ch.  7 Claims:** | $22,553.47 | $22,553.47 | $1,449.21 | $21,104.26 | $21,104.26 |

**Unsecured Claims:**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 09/19/11 | 610 | FIA CARD SERVICES, N.A. (Bank of America, MBNA)<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-00   General Unsecured § 726(a)(2)> | 10,231.39 | 10,231.39 | 0.00 | 10,231.39 | 1,787.65 |
| 2 | 09/21/11 | 610 | PYOD LLC (Citibank)<br>c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 279.75 | 279.75 | 0.00 | 279.75 | 48.88 |
| 3 | 09/27/11 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)> | 3,823.97 | 3,823.97 | 0.00 | 3,823.97 | 668.13 |
| 4 | 09/27/11 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)> | 22,131.71 | 22,131.71 | 0.00 | 22,131.71 | 3,866.91 |
| 6 | 10/18/11 | 610 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)> | 1,331.98 | 1,331.98 | 0.00 | 1,331.98 | 232.73 |
| 7 | 11/09/11 | 610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 3,874.46 | 3,874.46 | 0.00 | 3,874.46 | 676.96 |
| 8 | 11/10/11 | 610 | Midland Funding LLC (GE Capital Retail Bank)<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131<br><7100-00   General Unsecured § 726(a)(2)> | 529.60 | 529.60 | 0.00 | 529.60 | 92.53 |
| | | | **Total for Priority 610:    17.47225% Paid** | $42,202.86 | $42,202.86 | $0.00 | $42,202.86 | $7,373.79 |
| | | | **Total for Unsecured Claims:** | $42,202.86 | $42,202.86 | $0.00 | $42,202.86 | $7,373.79 |
| | | | **Total for Case :** | $1,199,791.58 | $64,756.33 | $1,449.21 | $63,307.12 | $28,478.05 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-46454
Case Name: CRUZ, RICARDO GONZALES
Trustee Name: Fred S. Hjelmeset

**Balance on hand:** $ 28,478.05

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | Real Time Resolutions, Inc. | 1,135,035.25 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 28,478.05

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Fred S. Hjelmeset | 3,742.73 | 0.00 | 3,742.73 |
| Trustee, Expenses - Fred S. Hjelmeset | 4.41 | 0.00 | 4.41 |
| Attorney for Trustee, Fees - Marshall & Ramos, LLP | 15,000.00 | 0.00 | 15,000.00 |
| Attorney for Trustee, Expenses - Marshall & Ramos, LLP | 465.93 | 0.00 | 465.93 |
| Accountant for Trustee, Fees - Kokjer Pierotti Maiocco & Duck LLP | 1,702.00 | 0.00 | 1,702.00 |
| Accountant for Trustee, Expenses - Kokjer Pierotti Maiocco & Duck LLP | 189.19 | 0.00 | 189.19 |
| Other Fees: Rabobank, N.A. | 1,048.36 | 1,048.36 | 0.00 |
| Other Expenses: International Sureties, Ltd. | 66.03 | 66.03 | 0.00 |
| Other Fees: The Bank of New York Mellon | 334.82 | 334.82 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 21,104.26
Remaining balance: $ 7,373.79

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,373.79

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 7,373.79 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,202.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. (Bank of America, MBNA) | 10,231.39 | 0.00 | 1,787.65 |
| 2 | PYOD LLC (Citibank) | 279.75 | 0.00 | 48.88 |
| 3 | Chase Bank USA, N.A. | 3,823.97 | 0.00 | 668.13 |
| 4 | Chase Bank USA, N.A. | 22,131.71 | 0.00 | 3,866.91 |
| 6 | Capital One Bank (USA), N.A. | 1,331.98 | 0.00 | 232.73 |
| 7 | American Express Centurion Bank | 3,874.46 | 0.00 | 676.96 |
| 8 | Midland Funding LLC (GE Capital Retail Bank) | 529.60 | 0.00 | 92.53 |

|  | Total to be paid for timely general unsecured claims: | $ | 7,373.79 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**