

1  FRED HJELMESET
   P.O. Box 4188
2  Mountain View, CA 94040
   (650) 386-5634
3  fhtrustee@gmail.com

4  Chapter 7 Trustee

The following constitutes the order of the court.
Signed November 13, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:

CRUZ, RICARDO GONZALES and
CRUZ, IMELDA SULIT,

                Debtors.

Case No. 11-46454 WJL7

Chapter 7

**ORDER SETTLING TRUSTEE'S FINAL ACCOUNT AND AWARDING FEES AND EXPENSES**

Date: 11/12/2015, Time: 03:00 pm, Room: 220

      Fred Hjelmeset, Trustee of the above-referenced bankruptcy estate, having filed herein the Trustee's Final Report and Proposed Distribution which incorporated Trustee's request for compensation and reimbursement of expenses, and having given to all parties in interest due written notice of said report and request, no objection thereto having been raised, and for the reasons set forth on the record, and good cause appearing;

      IT IS HEREBY ORDERED that the Trustee's account is approved and settled;

      IT IS FURTHER ORDERED that the Trustee is allowed an amount of $3,742.73 as reasonable compensation and $4.41 as reimbursement of expenses; and

IT IS FURTHER ORDERED that the Trustee shall distribute the estate as provided by Section 726 of the Bankruptcy Code.

**END OF ORDER**

COURT SERVICE LIST

No Mail Service Required