

The following constitutes the order of the court.
Signed November 18, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

| | |
|---|---|
| 1 | Mariam S. Marshall, Esq. (Bar No. 157242) |
| 2 | Zunilda Ramos, Esq. (Bar No. 161114) |
| 3 | MARSHALL & RAMOS, LLP ATTORNEYS AT LAW |
| 4 | Two Worlds Center |
| 5 | 91 Gregory Lane, Suite 7 Pleasant Hill, California 94523 |
| 6 | Telephone: (925) 446-4546 Facsimile: (9250) 446-4549 |
| | mmarshall@marshallramoslaw.com |
| 7 | |
| 8 | Attorneys for Trustee FRED HJELMESET |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

RICARDO GONZALES CRUZ and
IMELDA SULIT CRUZ,

Debtors.

Case No. 11-46454

Chapter 7

Date: November 12, 2015
Time: 3:00 p.m.
Place: U.S. Bankruptcy Court
       1300 Clay St., Ct. Rm. 220
       Oakland, CA 94612
Judge: Hon. William J. Lafferty, III

**ORDER APPROVING FIRST AND FINAL APPLICATION FOR COMPENSATION
BY COUNSEL FOR TRUSTEE**

The first and final application for compensation by Marshall & Ramos, LLP, counsel for trustee, having come on for hearing before the United States Bankruptcy Court on November 12, 2015, due notice thereof having been given as required by law, the court having reviewed the application for compensation of Marshall & Ramos, LLP, and good cause appearing,

**IT IS HEREBY ORDERED** that the first and final application for compensation by Marshall & Ramos, LLP is approved, and the Trustee is ordered to pay Marshall & Ramos, LLP's fees in the amount of $15,000 and costs in the amount of $465.93.

** END OF ORDER**

**COURT SERVICE LIST**

ECF RECIPIENTS